| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 02, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MICHEL DICKINSON,

        Defendant.

Case No.  2:21-po-00345-CKD; 2:21-po-00454-CKD; 2:21-po-00509-CKD; 2:22-po-00212-CKD; 2:22-po-00225-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHEL DICKINSON ,

Case No. 2:21-po-00345-CKD; 2:21-po-00454-CKD; 2:21-po-00509-CKD; 2:22-po-00212-CKD; 2:22-po-00225-CKD , from custody for the following reasons:

  X  Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 02, 2022, at 3:05 PM.

By: _____

Magistrate Judge Allison Claire